1  Jeanette E. McPherson, Esq.
   Nevada Bar No. 5423
2  Schwartzer & McPherson Law Firm
3  2850 South Jones Boulevard, Suite 1
   Las Vegas, NV 89146
4  Telephone: (702) 228-7590
   Facsimile: (702) 892-0122
5  E-Mail: usdcfilings@s-mlaw.com

6  Attorney for Appellee CT Cimarron, LLC

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

9  In re:                                          Case No.: BK-N-03-52300-GWZ

10 MEGO FINANCIAL CORP., et al.,                   ADV. 05-5030
                              Debtors.
11 RICHARD WAGNER, NORTHERN
   WOLVERINE 19/99, INC., and TAMMY
12 FREEMAN, personal representative of the         U.S.D.C. No. 3:06-0264-LRH-VPC
   Probate Estate of Jane Wagner,
13                                                 Appeal Ref. 06-09
                              Appellants,
14 vs.
                                                   **SECOND STIPULATION FOR EXTENSION
15 CT CIMARRON, LLC,                               OF TIME TO FILE BRIEFS**

16                            Appellee

17         Pursuant to Local Rule 6-2, it is hereby stipulated by and between Appellants Richard
18 Wagner, Northern Wolverine 19/99, Inc., and Tammy Freeman, and appellee CT Cimarron LLC,
19 by and through their respective counsel of record, that the appellants shall have until August 10,
20 2006 in which to file its opening brief, the appellee shall have until September 18, 2006 in which to
21 file its responding brief. Finally, appellants shall have until October 3, 2006 in which to file a reply
22 brief.

23 Dated this 7th day of September, 2006.            Dated this 7th day of September, 2006.

24 [signature]                                       /s/ Jeanette E. McPherson
25 John S. Bartlett                                  Jeanette E. McPherson
   Nevada Bar No. 143                                Nevada Bar No. 5423
26 777 E. William St., Suite 201                     Schwartzer & McPherson Law Firm
   Carson City, NV 89701                             2850 South Jones Blvd, Suite 1
27 Attorney for Appellants                           Las Vegas, NV 89146
                                                     Attorney for Appellee
28

1

P:\CT Cimarron\Second Stipulation Regarding Extension To File Briefs.doc

## ORDER

IT IS SO ORDERED.

DATED: September 13, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2

P:\CT Cimarron\Second Stipulation Regarding Extension To File Briefs.doc